**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    Infinity Capital II, LLC, Infinity Capital, LLC, Laurie A. McRay, and McRay Money Management, LLC v. Strasburger & Price, LLP

Appellate case number:  01-15-00691-CV

Trial court case number:  2014-32348

Trial court:           281st District Court of Harris County

Date motion filed:      September 26, 2016

Party filing motion:    Appellants


It is ordered that the motion for rehearing is **denied**.


Judge's signature: /s/ Terry Jennings
                 Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings and Lloyd


Date: October 6, 2016